# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ALIYA TATARI,

        Plaintiff,

v.

AMAR SAFADI,

        Defendant.

CASE NO. C18-1286-MJP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Defendant's application to proceed *in forma pauperis* (IFP) (Dkt. 1) in this removed matter is deficient. He fails to clarify his current monthly income, indicating a net monthly salary of $3,000.00 "if working full time." (*Id*. at 1.) He also appears to indicate he receives some $12,000.00 a year in unemployment benefits. Defendant further fails to identify any monthly expenses, stating only that he is "on the verge of poverty and homelessness" and lacks money to rent a place to live. (*Id*. at 2.) Defendant must submit a revised IFP application within **twenty (20) days** of the date of this Order. He must provide complete and detailed financial information, including specifics as to his current monthly income, any benefits or other sources of money, and a detailed description of his monthly expenses. If defendant has no means of

MINUTE ORDER
PAGE - 1

support, he must explain how he is able to meet basic monthly expenses, including food and shelter. Failure to comply may result in denial of IFP and/or dismissal.

DATED this 5th day of September, 2018.

WILLIAM M. MCCOOL, Clerk

By: s/ Paula McNabb
Deputy Clerk